IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              CASE NO. 4:17-CR-00293-BSM

APRIL HOWELL                                                                                DEFENDANT

## ORDER

April Howell's motion to temporarily modify conditions of release [Doc. No. 2415] is granted. Howell's house arrest and electronic monitoring is suspended from 12:00 p.m. to 5:00 p.m. on May 14, 2022, to allow her to attend her child's birthday party in Russellville, Arkansas. Howell is directed to notify the pre-trial services officer of all travel arrangements so that her whereabouts may continue to be monitored.

IT IS SO ORDERED this 25th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE