TRULINCS 31657009 - HOWELL, APRIL - Unit: ALI-C-C

---

FROM: 31657009
TO:
SUBJECT:
DATE: 10/19/2023 10:59:49 AM

4:17-CR-293-21 BSM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 30 2023

TAMMY H. DOWNS, CLERK
By: _____
                              DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE 8TH CIRCUIT

MOTION TO REQUEST JAIL CREDIT

APRIL HOWELL
VS.
UNITED STATES

Come now pro se, April Howell request this Honorable Judge Miller to grant her jail credits for her home confinement / incarceration as well at jail credit while under detainer in state custody citing Jack L. Papandreou Minnesota 10_1992 JRT/AJB September 13,2011. You can reference policy number 5880.28 sentence computation manual, the jail credit she is requesting are from 8/3/2018 to 10/29/2022. The time Ms. Howell was incarcerated in Arkansas State custody following her indictment from 10/2017 to 8/2018.

CERTIFICATE OF SERVICE

I, April Howell, certify under the penalty of perjury, that a true and correct copy of the foregoing has been placed in the FCI mailbox in Aliceville, Al. 35442, on this __19__ day of __October__, 20_23_. This enclosed motion is deemed filed upon placement in the prison mail room, and mailed to the following:

Richard Sheppard Arnold
United States Courthouse
600 W. Capitol Ave., Room A149
Little Rock, AR 72201

SO SERVED,
April Howell

UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed Oct. 19, 2023
Name: April Howell
Reg: 31657-009
Address: Aliceville FCI PO Box 4000
Aliceville Al 35442