**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                          **CASE NO. 4:17-CR-00293-BSM**

**APRIL HOWELL**                                                     **DEFENDANT**

<u>**ORDER**</u>

April Howell's motion for jail credit [Doc. No. 2805] is denied.  Howell should direct any 18 United States Code section 3585(b) requests for jail credit to the Bureau of Prisons along with supporting documentation if possible.

IT IS SO ORDERED this 1st day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE