# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

v.                    **CASE NO. 4:17-CR-00293-BSM-21**

**APRIL HOWELL**                                                           **DEFENDANT**

## **ORDER**

April Howell's motion to reduce her sentence [Doc. No. 2809] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce her sentencing guidelines range. This is true because the amendment merely reduces her criminal history points from six to four, and therefore her criminal history category remains at level III.

IT IS SO ORDERED this 7th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE